**M. JEAN STARCEVICH (#78298)**
770 Lincoln Avenue
San Jose, CA. 95126
Tel.   (408) 287-7787
Fax.  (408) 287-8862

**ROBERT L. MEZZETTI, II (#114282)**
**MEZZETTI LAW FIRM, INC.**
31 East Julian Street
San Jose, CA. 95112
Tel.   (408) 279-8400
Fax.  (408) 279-8448

Attorneys for Plaintiff
BAHMAN M. GHANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHMAN M. GHANI,<br><br>     Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION SPACE SYSTEMS COMPANY, and DOES 1 through 20, inclusive,<br><br>     Defendants. | NO.   C 08-02120 PVT<br><br>DEMAND FOR JURY TRIAL |

Notice is hereby given that plaintiff Bahman M. Ghani demands a jury trial in the above-entitled action.

DATED:    April 28, 2008              MEZZETTI LAW FIRM, INC.


                                      BY   /s/  Robert L. Mezzetti II
                                             ROBERT L. MEZZETTI II