MICHAEL W. FOSTER (State Bar No. 127691)
DANIELLE OCHS-TILLOTSON (State Bar No. 178677)
DAVID J. CARDIFF (State Bar No. 184264)
FOSTER AND ASSOCIATES
610 16TH Street, Suite 310
Oakland, California 94612
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952
mfoster@fosterlaborlaw.com

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHMAN M. GHANI,<br><br>　　　　Plaintiff,<br>vs.<br><br>LOCKHEED MARTIN CORPORATION SPACE SYSTEMS COMPANY; DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. C08-02120 PVT<br><br>Case Filed: March 13, 2008<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 29, 2008        FOSTER & ASSOCIATES


　　　　　　　　　　　　　_____/s/ Michael W. Foster_____
　　　　　　　　　　　　　Michael W. Foster, Esq.
　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　LOCKHEED MARTIN CORPORATION

---

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSINGMENT TO A UNITED STATES DISTRICT JUDGE**