**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

_____

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5364 |

April 29, 2008

**CASE NUMBER: CV 08-02120 PVT**
**CASE TITLE: BAHMAN M. GHANI-v-LOCKHEED MARTIN CORPORATION SPACE SYSTEMS COMPANY**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case reassigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 04/29/08

FOR THE EXECUTIVE COMMITTEE:

_____
                        Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies<br>Log Book Noted | Special Projects<br>Entered in Computer 04/29/08 tsh |

CASE SYSTEMS ADMINISTRATOR:

| | |
|---|---|
| Copies to: All Counsel | Transferor CSA |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BAHMAN M. GHANI,

        Plaintiff,

  v.

LOCKHEED MARTIN CORPORATION
SPACE SYSTEMS COMPANY et al,

        Defendant.
                                  /

Case Number: CV08-02120 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

M. Jean Starcevich
770 Lincoln Avenue
San Jose, CA 95126

Dated: May 1, 2008

                                         Richard W. Wieking, Clerk
                                         By: Tiffany Salinas-Harwell, Deputy Clerk