M. JEAN STARCEVICH (#78298)
770 Lincoln Avenue
San Jose, CA. 95126
TELEPHONE: (408) 287-7787
FACSCIMILE: (408) 287-8862

ROBERT L. MEZZETTI, II (#114282)
MEZZETTI LAW FIRM
31 East Julian Street
San Jose, CA. 95112
TELEPHONE: (408) 279-8400
FACSIMILE: (408) 279-8448

Attorneys for Plaintiff BAHMAN M. GHANI

MICHAEL W. FOSTER (#127691)
DANIELLE OCHOS-TILLTOSON (#178677)
DAVID CARDIFF (#184264)
FOSTER & ASSOCIATES
610 16th Street, Suite 310
Oakland, CA. 94612
TELEPHONE: (510) 763-1900
FACSCIMILE: (510) 763-5952

Attorneys for Defendant LOCKHEED MARTIN CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| Bahman M. Ghani | NO. 5:08-cv-02120 JF |
| Plaintiff, | RULE 26(f) REPORT |
| vs. | |
| LOCKHEED MARTIN CORPORATION, and DOES 1 through 20, inclusive | DATE: August 15, 2008<br>TIME: 10:30 AM<br>CTRM: 3, 5th Floor<br>JUDGE: Hon. Jeremy Fogel |
| Defendants. | |

The attorneys for the parties in the above-captioned matter met and conferred in good faith on July 9, 2008, and wish to report the following:

A. The parties have made those disclosures as required under Rule 26(a), including not only identification of documents but production of those documents identified;

B. The parties have further agreed that discovery will be conducted upon the following discrete subjects:

1. Facts and documents regarding plaintiff's employment status, whether at-will or otherwise;

2. Facts and documents concerning the events and reasons leading to the termination of plaintiff's employment;

3. Post-termination communications between Lockheed and other third party employers concerning the termination of Ghani's employment as well as Ghani's efforts to secure employment;

4. Ghani's damages, if any.

No discovery has gone forward to date. The parties, however, have agreed upon the the following discovery plan and schedule:

The parties estimate neither the number of depositions nor time required for each deposition will exceed those time limits as set forth in Federal Rules of Civil Procedure, Rule 30. In addition, each party intends to serve two sets of interrogatories, each not to exceed twenty five questions in length as provided by Federal Rules of Civil Procedure, Rule 33, two sets of requests for documents, and one set of request for admissions. In addition, documents will be subpoenaed from third parties as the need arises. The parties do not request at this time any changes with regard to the limitations on discovery imposed by the federal rules of civil procedure nor by local rules, except as to the number of interrogatories that may be served.

Stipulated protective orders may be sought under Rule 26(c) for confidential financial and/or proprietary information, as the need arises, but none are requested at this time.

1 | Finally, the parties believe fact discovery can be completed by April, 2009, with expert witness discovery to be completed by June, 2009.

DATED: 7/14/08

_____
**M. JEAN STARCEVICH**, Attorney for Plaintiff **BAHMAN M. GHANI**

DATED: 7/16/08

_____
**MICHAEL W. FOSTER**, Attorney for Defendant **LOCKHEED MARTIN CORPORATION**