MICHAEL W. FOSTER (#127691)
DANIELLE OCHS-TILLOTSON (#178677)
DAVID J. CARDIFF (#184264)
FOSTER & ASSOCIATES
610 16th Street, Suite 310
Oakland, CA. 94612
TELEPHONE: (510) 763-1900
FACSCIMILE: (510) 763-5952

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| BAHMAN M. GHANI, | Case No. C08-02120 JF |
| Plaintiff, | Case Filed: March 13, 2008 |
| vs. | **NOTICE OF CHANGE OF ADDRESS FOR COUNSEL** |
| LOCKHEED MARTIN CORPORATION; DOES 1 through 20, inclusive, | |
| Defendants. | |

Please be advised that as of July 28, 2008, Foster and Associates has relocated. Our new address is as follows:

**3000 Lakeshore Avenue**
**Oakland, California  94610**

Please note that our phone and fax numbers will remain the same. Thank you for your attention in this regard.

DATED: July 23, 2008

/s/Michael W. Foster
MICHAEL W. FOSTER
Attorney for Defendant
LOCKHEED MARTIN CORPORATION

## PROOF OF SERVICE

Ghani v. Lockheed Martin Space Systems Company
United States District Court – San Jose Division
Case No. C08-02120

I, the undersigned, state that I am a citizen of the United States and employed in the County of Alameda; that I am over the age of eighteen (18) years and not a party to the within cause; that my business address is 610 - 16th Street, Suite 310, Oakland, California 94612. On July 23, 2008, I served the within:

**CHANGE OF ADDRESS OF COUNSEL**

on the parties in this action, by placing a true copy thereof in a sealed envelope, each envelope addressed as follows:

| | |
|---|---|
| M. Jean Starcevich | Robert L. Mezzetti, II |
| 770 Lincoln Avenue | Mezzetti Law Firm, Inc. |
| San Jose, CA 95126 | 31 East Julian Street |
| Attorneys for Plaintiff | San Jose, CA 95112 |
| | Attorneys for Plaintiff |

☒ **(BY U.S. MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California.

☐ **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the offices of each addressee above.

☐ **(BY OVERNIGHT DELIVERY)** I caused each such envelope to be delivered in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents to be delivered to the addressee above.

☐ **(BY FAX/TELECOPIER)** I caused this pleading to be transmitted by fax to the offices of each addressee above.

☐ **(BY EMAIL ATTACHMENT)** Pursuant to the agreement of the parties', a copy of the above- referenced documents is being served electronically.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California, on July 23, 2008.

_____
Nina Bersamina

PROOF OF SERVICE