UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, August 15, 2008
**Case Number:** CV-08-2120-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | BAHMAN GHANI   V. LOCKHEED MARTIN CORP. |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| Attorneys Present: Jean Starcevich | Attorneys Present: Michael Foster |

PROCEEDINGS:
   Case management conference held.  Parties are present.  Continued to 1/30/09 at 10:30 a.m. for further case management conference.