MICHAEL W. FOSTER (#127691)
DANIELLE OCHS-TILLOTSON (#178677)
DAVID J. CARDIFF (#184264)
FOSTER & ASSOCIATES
3000 Lakeshore Avenue
Oakland, CA. 94610
TELEPHONE: (510) 763-1900
FACSCIMILE: (510) 763-5952

Attorneys for Defendant
**LOCKHEED MARTIN CORPORATION**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| BAHMAN M. GHANI,<br><br>     Plaintiff,<br>vs.<br><br>LOCKHEED MARTIN CORPORATION;<br>DOES 1 through 20, inclusive,<br><br>     Defendants. | Case No. C08-02120 JF<br><br>Case Filed: March 13, 2008<br><br>**FRCP Rule 7.1 DISCLOSURE STATEMENT BY DEFENDANT LOCKHEED MARTIN CORPORATION** |

Please be advised that the following entity owns more than a 10% ownership interest in defendant Lockheed Martin Corporation:

**State Street Bank and Trust Company
225 Franklin Street
Boston, MA  02110**

DATED:     August 29, 2008            /s/Michael W. Foster
                                      **MICHAEL W. FOSTER**
                                      Attorney for Defendant
                                      LOCKHEED MARTIN CORPORATION

1
FRCP RULE 7.1 DISCLOSURE STATEMENT