# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

BAHMAN M. GHANI,  )  Case No. C08-02120 JF
          Plaintiff,  )  SUPPLEMENTAL CASE MANAGEMENT
vs.  )  STATEMENT AND ~~PROPOSED~~ ORDER

LOCKHEED MARTIN CORPORATION;  )
DOES 1 through 20, inclusive,  )
          Defendants.  )

The parties to the above-entitled action certify that they met and conferred and jointly submit this Supplemental Case Management Statement and Proposed Order and request the Court to adopt it as a Supplemental Case Management Order in this case.

## DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

1. The following progress or changes have occurred since the last case management statement filed by the parties: On February 27, 2009, United States District Court Judge Jeremy Fogel set the case for trial on November 6, 2009, and set the pretrial conference for October 30, 2009.

2. The parties jointly request the Court to make the following Supplemental Case Management Order:

Scheduling:
| | |
|---|---|
| Deadline for fact discovery: | June 30, 2009 |
| Expert disclosure deadline: | July 31, 2009 |
| Deadline for expert discovery: | August 31, 2009 |
| Deadline for hearing dispositive motions: | August 31, 2009 |
| Pretrial Conference: | October 30, 2009 |
| Trial Date: | November 6, 2009 |

Dated: 4/2/09

_____
Michael Foster, Attorney for Defendant Lockheed Martin Corporation

Dated: 4/2/09

_____
M. Jean Starcevich, Attorney for Plaintiff Bahman M. Ghani

## SUPPLEMENTAL CASE MANAGEMENT ORDER

The Supplemental Case Management and Proposed Order is hereby adopted by the Court as a Supplemental Case Management Order for the case and the parties are ordered to comply with this Order.

Dated: 5/12/09

_____
UNITED STATES DISTRICT JUDGE